## SIMMONS, ET AL. V. METCALF.

(Decided June 9, 1910.)

APPEAL from Geneva Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for appellant. W. O. MULKEY, for appellee.

Per curiam. Affirmed for want of assignment of errors.

---

## STATE V. PELL CITY MANUFACTURING CO.

(Decided June 2, 1910.)

APPEAL from St. Clair Circuit Court.

Heard before Hon. JOHN W. INZER.

ALEXANDER M. GARBER, Attorney General, for appellant. M. M. & VICTOR SMITH, for appellee.

Per curiam. Appeal dismissed on motion of appellant.

---

## WILDER V. LOONEY.

(Decided June 2, 1910.)

APPEAL from Shelby Circuit Court.

Heard before Hon. JOHN PELHAM.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

## WOOD V. ST. CLAIR COUNTY.

(Decided June 1, 1910.)

APPEAL from St. Clair Probate Court.

Heard before Hon. W. S. FORMAN.

N. B. SPEARS, and SMITH & SMITH, for appellant. JAMES A. EMBRY, for appellee.

Per curiam. Dismissed for want of prosecution.